In the Matter of the Judicial Settlement of the Intermediate Account of HSBC Bank USA, N.A., as Trustee of the Trust under Agreement Dated January 21, 1957, Seymour H. Knox, Grantor, for the Benefit of the Issue of Seymour H. Knox, III for the period January 21, 1957 to November 3, 2005. (Proceeding No. 1.) In the Matter of the Judicial Settlement of the Account of HSBC Bank USA, N.A., as Trustee of the Trust under Agreement Dated January 21, 1957, Seymour H. Knox, Grantor, for the Benefit of the Issue of Seymour H. Knox, III for the period November 4, 2005 to June 25, 2012. (Proceeding No. 2.) In the Matter of the Judicial Settlement of the Account of W.A. Read Knox, Successor Trustee, Jean R. Knox and Another, as Trustees of the Trust under Article Third of the Will of Seymour H. Knox, III, Deceased, for the period July 16, 1998 to November 3, 2005. (Proceeding No. 3.) In the Matter of the Judicial Settlement of the Account of W.A. Read Knox, Successor Trustee, Jean R. Knox and Another, as Trustees of the Trust under Article Third of the Will of Seymour H. Knox, III, Deceased, for the period November 4, 2005 to September 4, 2012. (Proceeding No. 4.) In the Matter of the Judicial Settlement of the Intermediate Account of W.A. Read Knox, Successor Trustee, Jean R. Knox and Another, as Trustees of the Trust under Article Seventh of the Will of Seymour H. Knox, III, Deceased, for the Benefit of Jean R. Knox (Marital Trust) for the period June 3, 1996 to November 3, 2005. (Proceeding No. 5.) In the Matter of the Judicial Settlement of the Account of W.A. Read Knox, Successor Trustee, Jean R. Knox and An-

other, as Trustees of the Trust under Article Seventh of the Will of SEYMOUR H. KNOX, III, Deceased, for the Benefit of JEAN R. KNOX (Marital Trust) for the period November 4, 2005 to January 31, 2013. (Proceeding No. 6.) HSBC BANK USA, N.A., Appellant; W.A. READ KNOX et al., Respondents. (Appeal No. 1.) [51 NYS3d 448]—Appeal from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered July 13, 2015. The order denied in part the petition of HSBC Bank USA, N.A., to modify a decree of May 18, 2011.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Carni, J.P., Lindley, DeJoseph, Troutman and Scudder, JJ.